[No. 23117-8-III.  Division Three.  August 16, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTI M. BRADEEN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03646-4, Michael P. Price, J., entered May 27, 2004. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 23360-0-III.  Division Three.  August 16, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK R. HOUSER, *Appellant*

Appeal from a judgment of the Superior Court for Kittitas County, No. 04-1-00050-4, Michael E. Cooper, J., entered August 23, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 23457-6-III.  Division Three.  August 16, 2005.]

*In the Matter of the Detention of* J.H.

Appeal from a judgment of the Superior Court for Benton County, No. 01-6-00077-4, Robert G. Swisher, J., entered September 10, 2004. *Dismissed* by unpublished opinion per Kato, C.J., concurred in by Kurtz and Brown, JJ.

[No. 23074-1-III.  Division Three.  August 18, 2005.]

PRINCIPAL METALS, INC., *Respondent*, v. MCE TECHNOLOGIES, INC., *Defendant*, MCE U.S.A., INC., *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 04-2-00629-2, Carrie L. Runge, J., entered June 4, 2004. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Kurtz, J.